**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

EASTERN DISTRICT OF NEW YORK, BROOKLYN DIVISION

Case number *(if known)* _____ Chapter ___11___

☐ Check if this is an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy
04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | MMRE Management - Patriot Place, LLC |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number (EIN)** | 84-3457258 |

4. **Debtor's address**

| **Principal place of business** | **Mailing address, if different from principal place of business** |
|---|---|
| 977 40th Street | |
| Brooklyn, NY 11219 | |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| Kings | **Location of principal assets, if different from principal place of business** |
| County | 575 Riverside Pkwy Austell, GA 30168 |
| | Number, Street, City, State & ZIP Code |

5. **Debtor's website (URL)** _____

6. **Type of debtor**
   ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding LLP)
   ☐ Other. Specify: _____

| Debtor | MMRE Management - Patriot Place, LLC | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☒ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☐ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

5313

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

☒ Chapter 11. *Check all that apply:*

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☒ No.
☐ Yes.

| | District | When | Case number | |
|---|---|---|---|---|
| | District | When | Case number | |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☒ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| | Debtor | | Relationship | |
|---|---|---|---|---|
| | District | When | Case number, if known | |

Debtor    MMRE Management - Patriot Place, LLC                          Case number (if known) _____
          Name

**11. Why is the case filed in this district?**    Check all that apply:

    ☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

    ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No

☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

    Why does the property need immediate attention? (Check all that apply.)

    ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

    What is the hazard? _____

    ☐ It needs to be physically secured or protected from the weather.

    ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

    ☐ Other _____

    Where is the property? _____

        Number, Street, City, State & ZIP Code

    Is the property insured?

    ☐ No

    ☐ Yes.  Insurance agency _____

            Contact name _____

            Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**    Check one:

    ☒ Funds will be available for distribution to unsecured creditors.

    ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☒ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☒ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☒ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| Debtor | MMRE Management - Patriot Place, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| Request for Relief, Declaration, and Signatures |
|---|

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___July 24, 2025___
MM / DD / YYYY

X /s/ Mordechai Mendelovitz
Signature of authorized representative of debtor

Mordechai Mendelovitz
Printed name

Title   Managing Member

**18. Signature of attorney**

X /s/ Kevin Nash
Signature of attorney for debtor

Date ___July 24, 2025___
MM / DD / YYYY

Kevin Nash
Printed name

Goldberg Weprin Finkel Goldstein LLP
Firm name

125 Park Ave
New York, NY 10017-5690
Number, Street, City, State & ZIP Code

Contact phone _____    Email address   knash@gwfglaw.com

1927656 NY
Bar number and State

**MMRE Management - Patriot Place, LLC**

**RESOLUTIONS IN SUPPORT OF CHAPTER 11 FILING**

WHEREAS, a special meeting (the "Meeting") of the sole member and financial investors of MMRE Management Patriot Place. LLC (the "Company") was held via the Zoom platform on May 27, 2025 at 3:00 p.m. (ET):

WHEREAS, Kevin J. Nash. Esq. of Goldberg Weprin Finkel Goldstein LLP conducted the Meeting;

WHEREAS, Five 7 Five Riverside LLC and the Company own a residential apartment complex located at 575 Riverside Pkwy. Austell, GA 30168 (the "575 Property") as tenants-in-common;

WHEREAS, Moshe Horn and Five 7 Five Riverside, LLC were invited to the Meeting but did not attend; and

WHEREAS, after motion duly made and carried, it was:

> **RESOLVED**. that in view of the pending non-judicial foreclosure sale with respect to the 575 Property adjourned to the first Tuesday in July. it is in the best interest of the Company, as one of the tenant-in-common owners of the 575 Property, to seek Chapter 11 relief to use bankruptcy as a platform to attempt to restructure the underlying mortgage debt; and it is further

> **RESOLVED**. that the Mordechai Mendelovitz as Manager is authorized to file a voluntary petition for relief under the Bankruptcy Code in the United States Bankruptcy Court for the Eastern District of New York (the "Bankruptcy Court") on behalf of the Company; and it is further

> **RESOLVED**. that Mordechai Mendelovitz is authorized to (a) execute the Chapter 11 petition and all related papers and other documents and cause same to be filed in the Bankruptcy Court; and (b) cause the Company to file schedules, statements, lists, motions, applications. and other necessary papers to prosecute the Chapter 11 case with the goal of a confirming plan of reorganization; and it is further

**RESOLVED**, that the Company is authorized to retain the law firm of Goldberg Weprin Finkel Goldstein LLP as counsel in the Chapter 11 case under a general retainer.

IN WITNESS WHEREOF, the undersigned has executed these resolutions as of July 24, 2025.

MMRE Management - Patriot Place, LLC

By: _____
Mordechai Mendelovitz
Managing Member

36UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------------x

In re:                                                          Chapter 11

MMRE Management - Patriot Place, LLC,                           Case No.

                                        Debtor.
--------------------------------------------------------------x

### DECLARATION PURSUANT TO LOCAL BANKRUPTCY RULE 1007-4

Mordechai Mendelovitz declares the following under penalties of perjury pursuant to 28 U.S.C. § 1746:

1.     I am the sole member and manager of MMRE Management - Patriot Place, LLC (the "Debtor").  As such, I am familiar with the Debtor's financial and legal affairs and submit this Declaration pursuant to Local Rule 1007-4 in support of the commencement of the Chapter 11 case on behalf of the Debtor.

2.     The purpose of this Declaration is to assist the Court, creditors and other parties-in-interest in understanding the events leading to the need to seek Chapter 11 relief and the Debtor's strategies to emerge from bankruptcy.

3.     The Debtor is a tenant in common ("TIC") owner holding an undivided 36.55% interest of a 200-unit residential apartment complex known as "Hunter's Grove Apartments", located at 575 Riverside Pkwy, Austell, Georgia (the "Property").  The other TIC owner is a non-debtor, Five 7 Five Riverside LLC (under the control of Moshe Horn), which owns the other undivided 63.45% interest.

4.     The Debtor, in conjunction with Moshe Horn, originally purchased the Property and other neighboring apartments in or about December 2021.  At the time, the Debtor and other financial investors received misinformation, which inflated the value of the Property in order to

induce investors to contribute capital loans. Upon information and belief, the inflated value was potentially known to Capital Funding, LLC (the "Lender") in making the underlying mortgage loans. The true value of the Property will be a critical component of the Chapter 11 proceedings. Currently, the Property is valued in the estimated range of $14.6 million to $16.0 million based upon a unit price of between $73,000 and $80,000 per door based on market trends. The Property contains 200 units, with a current rent roll of approximately $186,000.

5.      Besides questionable values, the Property have been the subject of mismanagement, misapplication of funds, and other improprieties committed by Moshe Horn, including the falsifying of documents. Mr. Horn's wrongdoings have necessitated the Debtor and other financial investors to call for his resignation and removal from the Property, as well as at affiliate complexes located at 595 Riverside Pkwy, Austell, GA and 360 Riverside Pkwy, Austell, GA. Although initially a financial investor, the Debtor has attempted to pursue a more direct role in the operations of the Property, including the drafting and circulation of a proposed restructuring term sheet to the Lender and the recruitment of a new management company.

6.      To date, efforts to obtain a restructuring have been unsuccessful and the Property faces the prospect of non-judicial foreclosure sale on or about July 1, 2025. The Property is encumbered by a mortgage securing an indebtedness to the Lender in the principal amount of $24,805,593.

7.      The Debtor, as co-owner of the Property, and independent of Mr. Horn, is commencing this Chapter 11 case in an effort to renew earnest efforts to restructure the mortgage debt with the Lender.

## Local Rule 1007-4 Disclosures

8.      Pursuant to Local Rule 1007-4(a)(iv) and (v) no committee of creditors was formed prior to the filing of the petition.

9.      Pursuant to Local Rule 1007-4(a)(vi), a list of the twenty largest unsecured creditors is being filed as part of each set of bankruptcy schedules contemporaneously herewith.

10.     Pursuant to Local Rule 1007-2(a)(vii), the Property is subject to an outstanding mortgage held by the Lender as set forth above, which is potentially subject to objection in whole or in part.

11.     Pursuant to Local Rule 1007-4(a)(viii), the assets and liabilities of the Debtor are set forth in the bankruptcy schedules being filed contemporaneously herewith.

12.     Pursuant to Local Rule 1007-4(a)(x), no receiver has been appointed.

13.     Pursuant to Local Rule 1007-4(a)(xi), the Property constitutes the Debtor's primary asset.

14.     Pursuant to Local Rule 1007-4(a)(xii), the Debtor's books and records are located in Lawrence, New York and Brooklyn, New York.

15.     Pursuant to Local Rule 1007-4(a)(xiii), the Debtor is subject to a nonjudicial foreclosure sale of the Property currently scheduled for July 1, 2025.

16.     Pursuant to Local Rule 1007-4(a)(xiv, xv and xvi), I am serving as the CRO of the Debtor, and I am being compensated pursuant to the terms of my written agreement with the Debtor, which will be disclosed in my formal retention application.

Pursuant to Local Rule 1007-4(a)(xvii), the Debtor intends to seek to manage the Property with a new management company pursuant to cash collateral arrangements to be negotiated with the Lender.

Dated: New York, NY
      July 24, 2025

                                          Mordechai Mendelovitz, Manager

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
In re:                                                    Chapter 11

MMRE Management - Patriot Place, LLC,                      Case No.

                                    Debtor.
-------------------------------------------------------------x

## LIST OF EQUITY HOLDERS

Mordechai Mendelovitz        100%

Dated:    New York, New York
          July 24, 2025

                              MMRE Management - Patriot Place, LLC

                              *Mordechai Mendelovitz*
                              _____
                              Mordechai Mendelovitz, Manager

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
In re:                                        Chapter 11

MMRE Management - Patriot Place, LLC,          Case No.

                                    Debtor.
-------------------------------------------------------------x

### BANKRUPTCY RULE 7007.1 CORPORATE OWNERSHIP STATEMENT

        Pursuant to Bankruptcy Rule 7007.1, MMRE Management - Patriot Place, LLC

certifies that it is a private non-governmental party, and has no corporate parent, affiliates and/or

subsidiaries which are publicly held.


Dated:   New York, New York
         July 24, 2025

                        MMRE Management - Patriot Place, LLC

                        Mordechai Mendelovitz. Manager

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
In re:                                                  Chapter 11

MMRE Management – Patriot Place, LLC,                    Case No.

                                    Debtor.
----------------------------------------------------------------x

## LIST OF PENDING LAWSUITS

1.  Nonjudicial Foreclosure Sale Scheduled for August 1, 2025

Lender:                    Capital Funding, LLC

Lender's Attorney:         Matthew T. Joe, Esq.
                           Holland & Knight LLP
                           1180 West Peachtree Street NE
                           Suite 1800
                           Atlanta, GA 30309

Lender Contact:            Laura Deutsche
                           c/o Capital Funding, LLC
                           2455 House Street
                           Baltimore, MD 21230

Dated:   New York, New York
         July 24, 2025

                                    MMRE Management - Patriot Place, LLC

                                    *Mordechai Mendelovitz*
                                    Mordechai Mendelovitz, Manager

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td>Debtor name</td><td>MMRE Management - Patriot Place, LLC</td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>EASTERN DISTRICT OF NEW YORK, BROOKLYN DIVISION</td></tr>
<tr><td>Case number (if known):</td><td></td></tr>
</table>

☐ Check if this is an amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.    Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.   Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.   18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☒    *Schedule A/B: Assets–Real and Personal Property (Official Form 206A/B)*
☒    *Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)*
☒    *Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)*
☒    *Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)*
☒    *Schedule H: Codebtors (Official Form 206H)*
☒    *Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)*
☐    Amended *Schedule* _____
☒    *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)*
☐    Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___July 24, 2025___    X /s/ Mordechai Mendelovitz
                                   Signature of individual signing on behalf of debtor

                                   Mordechai Mendelovitz
                                   Printed name

                                   Managing Member
                                   Position or relationship to debtor

Software Copyright (c) 1996-2025 Best Case LLC - www.bestcase.com                                        Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    MMRE Management - Patriot Place, LLC

United States Bankruptcy Court for the:   EASTERN DISTRICT OF NEW YORK, BROOKLYN DIVISION

Case number (if known) _____

☐ Check if this is an amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals    12/15

### Part 1:   Summary of Assets

1. *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*..................................... $   $14.6 to $16 million

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*.................................. $   74,262.93

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*.................................... $   $14.7 to $16.1 million

### Part 2:   Summary of Liabilities

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*...... $   24,805,593.00

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*.......... $   0.00

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...... +$   159,675.48

4. **Total liabilities** ................................................
Lines 2 + 3a + 3b    $   24,965,268.48

Fill in this information to identify the case:

Debtor name    MMRE Management - Patriot Place, LLC

United States Bankruptcy Court for the:    EASTERN DISTRICT OF NEW
                                            YORK, BROOKLYN DIVISION

Case number (if known): _____

☐ Check if this is an

amended filing

## Official Form 204
### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 2Ace Management, Inc. c/o Richard J Crowson 1200 Altmore Avenue, Suite 120 Atlanta, GA 30342 | | Judgment | Unliquidated Disputed | | | $27,825.16 |
| Cobb County Tax Commissioner PO Box 100127 Marietta, GA 30061 | | For notice purposes | Contingent Unliquidated Disputed | | | Unknown |
| Creative Multicare LLC c/o Eric Van De Water 2897 Druid Hills Rd Suite 292 Atlanta, GA 30329 | | Judgment | Unliquidated | | | $36,446.38 |
| Dye Master Group, Inc. Keyon Campfield 5655 Lake Acworth Drive Suite 310 Acworth, GA 30101 | | Mechanic's Lien | Contingent Unliquidated Disputed | | | $14,623.70 |
| Georgia Department of Revenue 314 East Main Street Suite 150 Cartersville, GA 30120 | | For notice purposes | Contingent Unliquidated Disputed | | | Unknown |

Software Copyright (c) 1996-2025 Best Case LLC - www.bestcase.com          Best Case Bankruptcy

Debtor  MMRE Management - Patriot Place, LLC _____     Case number *(if known)* _____
      Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Internal Revenue Service Centralized Insolvency Operations PO Box 7346 Philadelphia, PA 19101-7346 | | For notice purposes | Contingent Unliquidated Disputed | | | Unknown |
| InterSolutions LLC c/o Craig A. Bernstein 3500 Maple Avenue, Suite 1220 Dallas, TX 75219 | | Mechanic's Lien | Unliquidated | | | $34,144.19 |
| Jun Contracting, Inc. c/o Richard J Crowson 1200 Altmore Avenue, Suite 120 Atlanta, GA 30342 | | Judgment | Unliquidated Disputed | | | $25,248.09 |
| Real Floors, Inc. c/o Richard J Crowson 1200 Altmore Avenue, Suite 120 Atlanta, GA 30342 | | Judgment | Unliquidated | | | $21,387.96 |

---

**Fill in this information to identify the case:**

Debtor name    MMRE Management - Patriot Place, LLC

United States Bankruptcy Court for the:   EASTERN DISTRICT OF NEW YORK, BROOKLYN DIVISION

Case number (if known): _____

☐ Check if this is an amended filing

---

# Official Form 206A/B

## Schedule A/B: Assets - Real and Personal Property

12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:   Cash and cash equivalents

1. Does the debtor have any cash or cash equivalents?

    ☒ No.   Go to Part 2.
    ☐ Yes Fill in the information below.
    **All cash or cash equivalents owned or controlled by the debtor**

                                        Current value of
                                        debtor's interest

### Part 2:   Deposits and Prepayments

6. Does the debtor have any deposits or prepayments?

    ☒ No.   Go to Part 3.
    ☐ Yes Fill in the information below.

### Part 3:   Accounts receivable

10. Does the debtor have any accounts receivable?

    ☐ No.   Go to Part 4.
    ☒ Yes Fill in the information below.

11.     Accounts receivable

    11b. Over 90 days old.     74,262.93    -    0.00   =....      $74,262.93
                              face amount          doubtful or uncollectible accounts

12.     Total of Part 3.

    Current value on lines 11a + 11b = line 12.   Copy the total to line 82.           $74,262.93

### Part 4:   Investments

13. Does the debtor own any investments?

    ☒ No.   Go to Part 5.
    ☐ Yes Fill in the information below.

### Part 5:   Inventory, excluding agriculture assets

18. Does the debtor own any inventory (excluding agriculture assets)?

---

Official Form 206A/B            Schedule A/B Assets - Real and Personal Property            page 1

| Debtor | MMRE Management - Patriot Place, LLC | | | Case number *(if known)* | |
|---|---|---|---|---|---|
| | Name | | | | |

☒ No.  Go to Part 6.
☐ Yes Fill in the information below.

### Part 6:    Farming and fishing-related assets (other than titled motor vehicles and land)

27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?

☒ No.  Go to Part 7.
☐ Yes Fill in the information below.

### Part 7:    Office furniture, fixtures, and equipment; and collectibles

38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?

☒ No.  Go to Part 8.
☐ Yes Fill in the information below.

### Part 8:    Machinery, equipment, and vehicles

46. Does the debtor own or lease any machinery, equipment, or vehicles?

☒ No.  Go to Part 9.
☐ Yes Fill in the information below.

### Part 9:    Real property

54. Does the debtor own or lease any real property?

☐ No.  Go to Part 10.
☒ Yes Fill in the information below.

55.    Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of property |
|---|---|---|---|---|
| 55.1.   575 Riverside Pkwy Austell, GA 30168 | Tenancy in Common (36.55%) | $0.00 | Based upon current unit values of $73k to $80k | $14.6 to $16 million |

56.    Total of Part 9.

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

$14.6 to $16 million

57.    Is a depreciation schedule available for any of the property listed in Part 9?
☒ No
☐ Yes

58.    Has any of the property listed in Part 9 been appraised by a professional within the last year?
☒ No
☐ Yes

### Part 10:    Intangibles and intellectual property

59. Does the debtor have any interests in intangibles or intellectual property?

☒ No.  Go to Part 11.

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor    MMRE Management - Patriot Place, LLC _____    Case number *(If known)* _____
          Name

☐ Yes Fill in the information below.

**Part 11:    All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ☒ No.   Go to Part 12.
    ☐ Yes Fill in the information below.

Debtor    MMRE Management - Patriot Place, LLC                         Case number *(if known)*
          Name

---

**Part 12:    Summary**

In Part 12 copy all of the totals from the earlier parts of the form

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. Cash, cash equivalents, and financial assets. Copy line 5, Part 1 | $0.00 | |
| 81. Deposits and prepayments. Copy line 9, Part 2. | $0.00 | |
| 82. Accounts receivable. Copy line 12, Part 3. | $74,262.93 | |
| 83. Investments. Copy line 17, Part 4 | $0.00 | |
| 84. Inventory. Copy line 23, Part 5. | $0.00 | |
| 85. Farming and fishing-related assets. Copy line 33, Part 6. | $0.00 | |
| 86. Office furniture, fixtures, and equipment; and collectibles. Copy line 43, Part 7 | $0.00 | |
| 87. Machinery, equipment, and vehicles. Copy line 51, Part 8. | $0.00 | |
| 88. Real property. Copy line 56, Part 9. ......................> | | $14.6 to $16 million |
| 89. Intangibles and intellectual property. Copy line 66, Part 10. | $0.00 | |
| 90. All other assets. Copy line 78, Part 11. | + $0.00 | |
| 91. Total. Add lines 80 through 90 for each column | $74,262.93 | + 91b. $14.6 to $16 million |

92. Total of all property on Schedule A/B. Add lines 91a+91b=92

$14.7 million to $16.1 million

**Fill in this information to identify the case:**

Debtor name _____ MMRE Management - Patriot Place, LLC _____

United States Bankruptcy Court for the: _____ EASTERN DISTRICT OF NEW YORK, BROOKLYN DIVISION _____

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

1. Do any creditors have claims secured by debtor's property?

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☒ Yes. Fill in all of the information below.

### Part 1:    List Creditors Who Have Secured Claims

| | | Column A | Column B |
|---|---|---|---|
| 2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim. | | Amount of claim<br><br>Do not deduct the value of collateral. | Value of collateral that supports this claim |

**2.1**

| Capital Funding, LLC | Describe debtor's property that is subject to a lien | $24,805,593.00 | $14.6 to $16 million |
|---|---|---|---|
| Creditor's Name | 575 Riverside PkwyAustell, GA 30168 | | |

1422 Clarkview Road
Baltimore, MD 21209

Creditor's mailing address

Describe the lien
First Mortgage

Is the creditor an insider or related party?
☒ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
☐ No

Date debt was incurred

☒ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

Last 4 digits of account number

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply |
|---|---|
| ☒ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☒ Unliquidated |
| | ☐ Disputed |

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.

$24,805,593.00

### Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| Laura Deutsche<br>c/o Capital Funding, LLC<br>2455 House Street<br>Baltimore, MD 21230 | Line _2.1_ | |

Debtor   MMRE Management - Patriot Place, LLC          Case number (if known) _____
         ————————————————————————————
                    Name

     Matthew T. Joe                                    Line  2.1
     Holland & Knight LLP
     1180 West Peachtree Street NE
     Suite 1800

     Atlanta, GA 30309

| Fill in this information to identify the case: |
| --- |

Debtor name ___ MMRE Management - Patriot Place, LLC ___

United States Bankruptcy Court for the ___ EASTERN DISTRICT OF NEW YORK, BROOKLYN DIVISION ___

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims

12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. Do any creditors have priority unsecured claims? (See 11 U.S.C. § 507).

    ☐ No. Go to Part 2.

    ☒ Yes. Go to line 2.

2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  |  | Total claim | Priority amount |
| --- | --- | --- | --- | --- |
| **2.1** | Priority creditor's name and mailing address<br>Cobb County Tax Commissioner<br>PO Box 100127<br>Marietta, GA 30061 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | Unknown | Unknown |
|  | Date or dates debt was incurred | Basis for the claim:<br>For notice purposes |  |  |
|  | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☒ No<br>☐ Yes |  |  |
| **2.2** | Priority creditor's name and mailing address<br>Georgia Department of Revenue<br>314 East Main Street<br>Suite 150<br>Cartersville, GA 30120 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | Unknown | Unknown |
|  | Date or dates debt was incurred | Basis for the claim:<br>For notice purposes |  |  |
|  | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☒ No<br>☐ Yes |  |  |
| **2.3** | Priority creditor's name and mailing address<br>Internal Revenue Service<br>Centralized Insolvency Operations<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | Unknown | Unknown |
|  | Date or dates debt was incurred | Basis for the claim:<br>For notice purposes |  |  |
|  | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☒ No<br>☐ Yes |  |  |

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill

| Debtor | MMRE Management - Patriot Place, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

out and attach the Additional Page of Part 2

Amount of claim

| | | | |
|---|---|---|---|
| **3.1** | Nonpriority creditor's name and mailing address<br>2Ace Management, Inc.<br>c/o Richard J Crowson<br>1200 Altmore Avenue, Suite 120<br>Atlanta, GA 30342 | As of the petition filing date, the claim is: *Check all that apply*<br>☐ Contingent<br>☒ Unliquidated<br>☒ Disputed | $27,825.16 |
| | Date(s) debt was incurred September 23, 2024 | Basis for the claim: Judgment | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| | | | |
|---|---|---|---|
| **3.2** | Nonpriority creditor's name and mailing address<br>Creative Multicare LLC<br>c/o Eric Van De Water<br>2897 Druid Hills Rd<br>Suite 292<br>Atlanta, GA 30329 | As of the petition filing date, the claim is: *Check all that apply*<br>☐ Contingent<br>☒ Unliquidated<br>☐ Disputed | $36,446.38 |
| | Date(s) debt was incurred February 24, 2025 | Basis for the claim: Judgment | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| | | | |
|---|---|---|---|
| **3.3** | Nonpriority creditor's name and mailing address<br>Dye Master Group, Inc.<br>Keyon Campfield<br>5655 Lake Acworth Drive<br>Suite 310<br>Acworth, GA 30101 | As of the petition filing date, the claim is: *Check all that apply*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | $14,623.70 |
| | Date(s) debt was incurred _ | Basis for the claim: Mechanic's Lien | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| | | | |
|---|---|---|---|
| **3.4** | Nonpriority creditor's name and mailing address<br>InterSolutions LLC<br>c/o Craig A. Bernstein<br>3500 Maple Avenue, Suite 1220<br>Dallas, TX 75219 | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☒ Unliquidated<br>☐ Disputed | $34,144.19 |
| | Date(s) debt was incurred July 9, 2024 | Basis for the claim: Mechanic's Lien | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| | | | |
|---|---|---|---|
| **3.5** | Nonpriority creditor's name and mailing address<br>Jun Contracting, Inc.<br>c/o Richard J Crowson<br>1200 Altmore Avenue, Suite 120<br>Atlanta, GA 30342 | As of the petition filing date, the claim is: *Check all that apply*<br>☐ Contingent<br>☒ Unliquidated<br>☒ Disputed | $25,248.09 |
| | Date(s) debt was incurred June 27, 2024 | Basis for the claim: Judgment | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| | | | |
|---|---|---|---|
| **3.6** | Nonpriority creditor's name and mailing address<br>Real Floors, Inc.<br>c/o Richard J Crowson<br>1200 Altmore Avenue, Suite 120<br>Atlanta, GA 30342 | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☒ Unliquidated<br>☐ Disputed | $21,387.96 |
| | Date(s) debt was incurred November 25, 2024 | Basis for the claim: Judgment | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☒ No ☐ Yes | |

## Part 3: List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies assignees of claims listed above. and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Debtor | MMRE Management – Patriot Place, LLC | Case number (if known) | |
|--------|--------------------------------------|------------------------|--|
| | Name | | |
| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |

---

**Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims**

5.  Add the amounts of priority and nonpriority unsecured claims.

|  |  |  |  | Total of claim amounts |
|--|--|--|--|------------------------|
| 5a. Total claims from Part 1 | 5a. | $ | | 0.00 |
| 5b. Total claims from Part 2 | 5b. | + $ | | 159,675.48 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ | | 159,675.48 |

**Fill in this information to identify the case:**

Debtor name      MMRE Management - Patriot Place, LLC

United States Bankruptcy Court for the:   EASTERN DISTRICT OF NEW YORK, BROOKLYN DIVISION

Case number (if known)   _____

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                      12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  Does the debtor have any executory contracts or unexpired leases?
    ☐ No. Check this box and file this form with the debtor's other schedules.   There is nothing else to report on this form.
    ☒ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*   *Property*
(Official Form 206A/B).

**2. List all contracts and unexpired leases**

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | The Property is subject to Residential Tenant Leases and Managment and Service Contracts, although the Debtor is not a direct party. |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | _____ |

**Fill in this information to identify the case:**

Debtor name     MMRE Management - Patriot Place, LLC

United States Bankruptcy Court for the:    EASTERN DISTRICT OF NEW YORK, BROOKLYN DIVISION

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☒ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

Column 1: Codebtor                                           Column 2: Creditor

|  | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | Five 7 Five Riverside LLC | c/o Tusk Equity Partners, LLC<br>135 Rockaway Turnpike, Suite 105<br>Lawrence, NY 11559 | Capital Funding, LLC | ☒ D __2.1__<br>☐ E/F ____<br>☐ G ____ |
| 2.2 | Five 7 Five Riverside LLC | c/o Tusk Equity Partners, LLC<br>135 Rockaway Turnpike, Suite 105<br>Lawrence, NY 11559 | InterSolutions LLC | ☐ D ____<br>☒ E/F __3.4__<br>☐ G ____ |
| 2.3 | Five 7 Five Riverside LLC | c/o Tusk Equity Partners, LLC<br>135 Rockaway Turnpike, Suite 105<br>Lawrence, NY 11559 | Creative Multicare LLC | ☐ D ____<br>☒ E/F __3.2__<br>☐ G ____ |
| 2.4 | Five 7 Five Riverside LLC | c/o Tusk Equity Partners, LLC<br>135 Rockaway Turnpike, Suite 105<br>Lawrence, NY 11559 | Jun Contracting, Inc. | ☐ D ____<br>☒ E/F __3.5__<br>☐ G ____ |
| 2.5 | Five 7 Five Riverside LLC | c/o Tusk Equity Partners, LLC<br>135 Rockaway Turnpike, Suite 105<br>Lawrence, NY 11559 | 2Ace Management, Inc. | ☐ D ____<br>☒ E/F __3.1__<br>☐ G ____ |

Debtor    MMRE Management - Patriot Place, LLC                          Case number *(if known)* _____

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.    Continue numbering the lines sequentially from the previous page.
*Column 1:* **Codebtor**                                                      *Column 2:* **Creditor**

| | | | |
|---|---|---|---|
| 2.6 | Five 7 Five<br>Riverside LLC | c/o Tusk Equity Partners, LLC<br>135 Rockaway Turnpike, Suite 105<br>Lawrence, NY 11559 | Dye Master Group,<br>Inc. | ☐ D _____<br>☒ E/F ___3.3___<br>☐ G _____ |

**United States Bankruptcy Court**
**Eastern District of New York, Brooklyn Division**

In re   MMRE Management - Patriot Place, LLC                             Case No. _____
                                                Debtor(s)           Chapter    11

## VERIFICATION OF CREDITOR MATRIX

       The above named debtor(s) or attorney for the debtor(s) hereby verify that the attached matrix (list of creditors) is true and correct to the best of their knowledge.


Date:   July 24, 2025                 /s/ Mordechai Mendelovitz
                                     Mordechai Mendelovitz/Managing Member
                                     Signer/Title

Date:   July 24, 2025                 /s/ Kevin Nash
                                       Signature of Attorney
                                     Kevin Nash
                                       Goldberg Weprin Finkel Goldstein LLP
                                       125 Park Ave
                                     New York, NY 10017-5690
                                     Fax:

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

2Ace Management, Inc.
c/o Richard J Crowson
1200 Altmore Avenue, Suite 120
Atlanta, GA 30342


Capital Funding, LLC
1422 Clarkview Road
Baltimore, MD 21209


Cobb County Tax Commissioner
PO Box 100127
Marietta, GA 30061


Creative Multicare LLC
c/o Eric Van De Water
2897 Druid Hills Rd Suite 292
Atlanta, GA 30329


Dye Master Group, Inc.
Keyon Campfield
5655 Lake Acworth Drive Suite 310
Acworth, GA 30101


Five 7 Five Riverside LLC
c/o Tusk Equity Partners, LLC
135 Rockaway Turnpike, Suite 105
Lawrence, NY 11559


Georgia Department of Revenue
314 East Main Street
Suite 150
Cartersville, GA 30120


Internal Revenue Service
Centralized Insolvency Operations
PO Box 7346
Philadelphia, PA 19101-7346


InterSolutions LLC
c/o Craig A. Bernstein
3500 Maple Avenue, Suite 1220
Dallas, TX 75219


Jun Contracting, Inc.
c/o Richard J Crowson
1200 Altmore Avenue, Suite 120
Atlanta, GA 30342


Laura Deutsche
c/o Capital Funding, LLC
2455 House Street
Baltimore, MD 21230

Matthew T. Joe
Holland & Knight LLP
1180 West Peachtree Street NE Suite 1800
Atlanta, GA 30309

Real Floors, Inc.
c/o Richard J Crowson
1200 Altmore Avenue, Suite 120
Atlanta, GA 30342